# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| SCOTT MCILLWAIN and ALLIANT CAPITAL ADVISORS, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:11-cv-819 ) JUDGE TRAUGER |
| DANNY LEE DUGGER, LAWRENCE WILLIAM DUGGER, and WOODRUFF SUPPLY CO., INC., | ) ) ) ) |
| Defendants. | ) |

## [Proposed] ORDER GRANTING
## JOINT MOTION TO AMEND SCHEDULING ORDER

UPON THE JOINT MOTION of the Parties, and for good cause shown, it is hereby

1. ORDERED that the Initial Case Management Order [docket no. 25] is amended such that the parties shall have through and until August 15, 2012 to complete discovery;

2. The deadline for filing dispositive motions also be extended from August 1, 2012 to August 31, 2012; with responses to those motions to be filed on or by September 21, 2012 and any subsequent replies filed by Sept. 28, 2012.

IT IS SO ORDERED. ENTERED THIS 25th DAY OF June, 2012.

_____
DISTRICT JUDGE

Respectfully submitted,

*/s/ Philip L. Robertson*
Philip L. Robertson, Esq. (BPR 21668)
1222 16th Avenue South, Suite 321
Nashville, TN 37212
Telephone: (615) 873-1063
Facsimile: (615) 873-1074
probertson@robertsonLg.com
*Attorney for Plaintiffs*

and
*/s/ Max Smith*
Robert S. Patterson (BPR 6189)
bpatterson@babc.com
Max Smith (BPR 26602)
Msmith@babc.com
Bradley Arant Boult Cummings
1600 Division Street, Suite 700
Nashville, TN 37203
Direct Line: (615) 252-4646

*/s/ John C. Whitfield*
John@wbmllp.com
Whitfield Bryson & Mason LLP
19 N. Main Street
Madisonville, KY 42431
270-821-0656

*Attorneys for Defendants*