# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| SCOTT MCILLWAIN and ALLIANT CAPITAL ADVISORS, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No.   3:11-cv-819 ) JUDGE TRAUGER |
| DANNY LEE DUGGER, LAWRENCE WILLIAM DUGGER, and WOODRUFF SUPPLY CO., INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING SECOND JOINT MOTION TO AMENDED SCHEDULING ORDER

Upon agreement of the parties, and for good cause shown, it is hereby

1. ORDERED that the Initial Case Management Order [docket no. 25] is amended such that the parties shall have through and until October 1, 2012 to complete discovery;

2. The deadline for filing dispositive motion also be extended from August 31 to October 15, 2012, with responses due 11/5/12 and optional replies due 11/13/12.

IT IS SO ORDERED. ENTERED THIS 20th DAY OF August, 2012.

_____
DISTRICT JUDGE