IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| SCOTT MCILLWAIN and ALLIANT CAPITAL ADVISORS, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:11-cv-819 ) JUDGE TRAUGER |
| DANNY LEE DUGGER, LAWRENCE WILLIAM DUGGER and WOODRUFF SUPPLY CO., INC., | ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND
## ORDER OF DISMISSAL WITH PREJUDICE

UPON THE STIPULATION of the parties, evidenced by the signatures of their counsel below, that the parties have reached an out of court settlement and that Plaintiffs claims against all Defendants should be thereby dismissed with prejudice, it is therefore

ORDERED that all of Plaintiffs' claims as against Defendants, Danny Lee Dugger, Lawrence William Dugger and Woodruff Supply Co., Inc., are hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.  ENTERED THIS  17th  DAY OF   December   , 2012.

_____
**DISTRICT JUDGE ALETA A. TRAUGER**